1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT JUDD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 6:15-mj-00038-MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE BENCH TRIAL |
| vs. | ) | AND SET MATTER FOR CHANGE OF PLEA |
| | ) | AND SENTENCING; ORDER THEREON |
| ROBERT JUDD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Robert Judd, that the bench trial in the above-captioned matter set for January 8, 2016, be vacated and that a change-of-plea and sentencing hearing be set for January 6, 2016, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1                               Respectfully submitted,

3 Date: December 21, 2015         /s/ Matthew McNease
                                       MATTHEW MCNEASE
                                       Yosemite Legal Officer
                                       Counsel for the Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: December 21, 2015         /s/ Erin Snider
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROBERT JUDD

**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the bench trial for *United States v. Robert Judd*, case number 6:15-mj-00038-MJS, is hereby vacated. A plea and sentencing hearing is set for January 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 22, 2015                /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE