HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT JUDD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00038-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF |
| vs. | ) ) | PROBATION PURSUANT TO 18 U.S.C. § 3564(d);  ORDER |
| ROBERT JUDD, | ) ) | Date:  August 9, 2016 |
| Defendant. | ) ) | Time:  10:00 a.m. Judge: Hon. Michael J. Seng |
|  | ) |  |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Robert Judd, that Mr. Judd's term of unsupervised probation may be extended for two months, to expire on September 6, 2016, pursuant to 18 U.S.C. § 3564(d).  The parties further request that the Court continue the review hearing currently scheduled for June 7, 2016, to August 9, 2016, at 10:00 a.m.

On January 6, 2016, Mr. Judd pled guilty to driving a motor vehicle with a BAC of .08 or greater in violation of 36 C.F.R. § 4.23(a)(2).  That same date, the Court sentenced Mr. Judd to six months of unsupervised probation, with the conditions that he pay a $500 fine and complete the First Time DUI Offender Program.

Mr. Judd has paid his fine in full.  However, Mr. Judd mistakenly believed that he could complete the First Time DUI Offender Program online.  When Mr. Judd learned that he had to

complete an in-person course, he promptly enrolled in the program offered by Kings View Community Services in Oakhurst, California. Mr. Judd will complete the course in early July and will receive a certificate of completion in mid-July.

WHEREFORE, the parties request that Court extend Mr. Judd's term of unsupervised probation for two months, to expire September 6, 2016, pursuant to 18 U.S.C. § 3564(d).. The parties further request that the Court move the review hearing currently scheduled for June 7, 2016, to August 9, 2016, at 10:00 a.m.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  April 14, 2016          */s/ Matthew McNease*
                               Matthew McNease
                               Yosemite Legal Officer
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: April 14, 2016           */s/ Erin Snider*
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               ROBERT JUDD

## **O R D E R**

Pursuant to 18 U.S.C. § 3564(d), the Court extends Mr. Judd's term of unsupervised probation for two months, to expire September 6, 2016. The Court further grants the parties' request to continue the Review Hearing from June 7, 2016, to August 9, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 15, 2016                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE